**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MASSACHUSETTS**

**Proceeding Memorandum/Order**

**In Re:** William Stafford, III and Ellen Stafford          **Case/AP Number** 09-18742 **-FJB**

**Chapter** 7

Doc# 8 Motion filed by Joint Debtor Ellen Stafford, Debtor William Stafford, III to Amend (Re:[7] Statement of Financial Affairs)

**COURT ACTION:**

_____Hearing held

_____Granted      _____ Approved _____Moot

_____Denied      _____ Denied without prejudice      _____Withdrawn in open court

_____Overruled   _____ Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order   _____Released  _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objection filed. Granted.

IT IS SO ORDERED:

*Frank J Bailey*

_____   Dated: 10/20/09

Frank J. Bailey
United States Bankruptcy Judge