B6B (Official Form 6B) (12/07)

In re William W. Stafford III  Ellen J. Stafford                                      Case No. _____

                                    Debtors                                          (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife Joint | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | Cash | J | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Rockland Federal Savings and Checking | J | 8,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Furniture | J | 10,000.00 |
| 6. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books and Pictures | J | 500.00 |
| 6. Wearing apparel. | | Clothing | J | 1,500.00 |
| 7. Furs and jewelry. | | Furs and Jewelry | J | 2,500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Husband's Insurance - Knights of Columbus | H | 2,413.87 |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Husband's Insurance - Knights of Columbus | H | 472.69 |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Husband's Insurance - Knights of Columbus | H | 1,312.82 |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Husband's Insurance - Knights of Columbus | H | 10,356.53 |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Husband's Insurance - Knights of Columbus | H | 317.63 |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Wife's Insurance - Knights of Columbus | H | 2,177.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12107) -- Cont.

In re William W. Stafford III  Ellen J. Stafford          Case No. _____
_____                           _____
              Debtors                                              (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION PROPERTY | Husband, Wife Joint | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.O. § 530(b){1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Jeep Grand Cherokee | J | 3,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Nissan Quest | J | 15,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

in re **William W. Stafford III Ellen J. Stafford**      Case No. _____

                Debtors                                                        (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | OF PROPERTY DESCRIPTION AND LOCATION | Husband, Wife, Joint | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | 2 continuation sheets attached      Total | $ | **$ 57,650.54** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form GC) (12/07)

In re William W. Stafford III Ellen J. Stafford          Case No. _____
              Debtors                                           (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds $136,875
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2000 Jeep Grand Cherokee | 11 USC § 522(d)(2) | 3,000.00 | 3,000.00 |
| 2006 Nissan Quest | 11 USC § 522(d)(2) | 3,221.17 | 15,000.00 |
| 48 Misty Meadow Rd. Pembroke, MA 02359 | 11 USC § 522(d)(1) | 32,400.00 | 460,000.00 |
| Books and Pictures | 11 USC § 522(d)(3) | 500.00 | 500.00 |
| Cash | 11 USC § 522(d)(5) | 100.00 | 100.00 |
| Clothing | 11 USC § 522(d)(5) | 1,500.00 | 1,500.00 |
| Furniture | 11 USC § 522(d)(3) | 10,000.00 | 10,000.00 |
| Furs and Jewelry | 11 USC § 522(d)(4) | 2,500.00 | 2,500.00 |
| Husband's Insurance - Knights of Columbus | 11 USC § 522(d)(5) | 472.69 | 472.69 |
| Husband's Insurance - Knights of Columbus | 11 USC § 522(d)(5) | 317.63 | 317.63 |
| Husband's Insurance - Knights of Columbus | 11 USC § 522(d)(5) | 1,312.82 | 1,312.82 |
| Husband's Insurance - Knights of Columbus | 11 USC § 522(d)(5) | 2,413.87 | 2,413.87 |
| Husband's Insurance - Knights of Columbus | 11 USC § 522(d)(5) | 10,356.53 | 10,356.53 |
| Rockland Federal Savings and Checking | 11 USC § 522(d)(1) | 8,000.00 | 8,000.00 |
| Wife's Insurance - Knights of Columbus | 11 USC § 522(d)(5) | 2,177.00 | 2,177.00 |

B6J (Official Form 6J) (12/07)

In re **William W. Stafford III Ellen J. Stafford**          Case No. _____
                        Debtors                                              (If known)

# AMENDED SCHEDULE J – CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box **if** a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | **3,560.43** |
| a. Are real estate taxes included? Yes    No ✓ | | |
| b. Is property insurance included? Yes    No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | | **200.00** |
| b. Water and sewer | | **33.00** |
| c. Telephone | | **88.68** |
| d. Other **Cell phone** | | 188.47 |
| **Comcast Cable & Internet** | | **90.00** |
| 3. Home maintenance (repairs and upkeep) | | **280.00** |
| 4. Food | | **1,060.00** |
| 5. Clothing | | **100.00** |
| 6. Laundry and dry cleaning | | **0.00** |
| 7. Medical and dental expenses | | **246.00** |
| 8. Transportation (not including car payments) | | **312.00** |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | **250.00** |
| 10. Charitable contributions | | **40.00** |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | **0.00** |
| Life | | **162.38** |
| Health | | **0.00** |
| Auto | | **130.33** |
| Other | | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | | **0.00** |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | **0.00** |
| b. Other | | **0.00** |
| 14. Alimony, maintenance, and support paid to others | | **0.00** |
| 15. Payments for support of additional dependents not living at your home | | **0.00** |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | 0.00 |
| 17. Other | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | 6,741.29 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| 20. STATEMENT OF MONTHLY **NET** INCOME | | |
|---|---|---|
| a.    Average monthly income from Line 15 of Schedule 1 | $ | **5,819.41** |
| b. Average monthly expenses from Line 18 above | | **6,741.29** |
| c. Monthly net income (a. minus b.) | | -921.88 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **William W. Stafford III Ellen J. Stafford**          Case No. _____
                    Debtors                                              (If known)

# DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___5___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: 11/03/09          Signature: _William W. Stafford III_
                                             Debtor

Date: 11/03/09          Signature: _Ellen J. Stafford_
                                             (Joint Debtor, if any)

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT APPLICABLE)

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re **William W. Stafford III  Ellen J. Stafford**  
Debtors

Case No. _____

Chapter  **7**

# AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, 0113.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 460,000.00 | | |
| B - Personal Property | YES | 3 | $ 57,650.54 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 434,308.12 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $ 139,714.86 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 5,819.41 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 6,741.29 |
| TOTAL | | 16 | 517,650.54 | $ 574,022.98 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re **William W. Stafford III Ellen J. Stafford**          Case No. _____

                        Debtors                 Chapter     **7**

## AMENDED STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code **(11 U.S.C. § 101(8))**, filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 5,819.41 |
| Average Expenses (from Schedule J, Line 18) | $ 6,741.29 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20) | $ 7,768.11 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 34.   Total from Schedule F | | $139,714.86 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $139,714.86 |